IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
                            EASTERN DIVISION

SCOTT ALAN SCHILD,                )
                                  )
            Plaintiff,             )
                                  )
      v.                          )     No.  13 C 245
                                  )
WARDEN LINAWEAVER, et al.,        )
                                  )
            Defendants.            )

                         MEMORANDUM ORDER

     This Court has previously issued two other memorandum orders in this action, the first on January 22, 2013 (1) that ordered pro se plaintiff Scott Alan Schild ("Schild") to supplement his 28 U.S.C. §2241 ("Section 2241") Petition with documents needed to clarify his pro se invocation of that section and (2) that also requested some responsive input from the United States Attorney's Office.  Because neither responded by the designated February 12 response date or for more than two months thereafter, on April 18 this Court generated another memorandum order that explained the uncertainty stemming from that total silence and concluded:

> In any event, both Schild and the United States Attorney's Office are reminded once again that each owes this Court a response.  In the absence of any further input received in this Court's chambers on or before April 29, 2013, this action will simply be dismissed without prejudice.

     Nothing arrived in this Court's chambers by the designated April 29 date either.  But just as this Court was about to enter the promised order of dismissal, the Clerk's Office delivered to this Court a copy of Schild's response that had in fact been

filed on April 26.  That has cast <u>some</u> (but regrettably not enough) light on Schild's situation.  Under the circumstances, the United States Attorney's Office is again ordered to look into the matter and to report in writing to this Court forthwith (with a copy of that submission to be provided, of course, to Schild).

_____
Milton I. Shadur
Senior United States District Judge

Date:  May 2, 2013